UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNE MARNOCHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CAUSE NO.  1:18-cv-2714 |
| ST. VINCENT HEALTH, INC. d/b/a | ) |
| ST. VINCENT CARMEL | ) |
| HOSPITAL, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I.  Nature of the Case**

The plaintiff, Anne Marnocha, brings this action against her former employer, St. Vincent Health, Inc. d/b/a St. Vincent Carmel Hospital, Inc. (hereinafter "Defendant"), alleging that Defendant violated her rights under the Age Discrimination in Employment Act ("ADEA"), 29 USC § 621, *et seq.*

**II.  Parties**

1. Dr. Marnocha has resided within the Southern District of the State of Indiana at all relevant times.

2. Defendant is located within the Southern District of the State of Indiana, Indianapolis Division.

**III.  Jurisdiction and Venue**

3. Defendant is an "employer" within the meaning of 29 USC § 630(b).

4. Dr. Marnocha was an "employee" within the meaning of 29 USC § 630(f).

5. At all relevant times, Dr. Marnocha is in the protected age group as defined by the ADEA.

6. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 29 USC § 626(c).

7. Dr. Marnocha satisfied her obligations to exhaust her administrative remedies and now timely files her lawsuit.

8. Venue is proper in this Court.

### IV.  Factual Allegations

9. Dr. Marnocha began working for Defendant in or about July 1987 as a Physician. At all relevant times, Dr. Marnocha has practiced as a Neonatologist, which is a subspecialty of Pediatrics that consists of the medical care of newborn infants, especially the ill or premature newborn.

10. At all relevant times, Dr. Marnocha exhibited exemplary performance in her employment.

11. Beginning in or about 2003 on a part time basis, and then in or about 2005 on a full time basis, Dr. Marnocha served as the Medical Director of the Neonatal Intensive Care Unit at Defendant's campus located in Carmel, Indiana.

12. In or about February 2017, Respondent hired Dr. Hossain Marandi as CEO of its Pediatrics division.  Dr. Marandi is substantially younger than Dr. Marnocha.

13. Around that same time, Defendant engaged in a pattern and practice of pushing out employees over the age of 40 and hiring substantially younger employees.

14. Throughout 2017, Defendant hired multiple Neonatologists who are substantially younger than Dr. Marnocha to work at the Women's Hospital located on 86th Street in Indianapolis, Indiana.

15. On or about January 5, 2018, Dr. Marandi informed Dr. Marnocha that she was being terminated.

16. Defendant's stated reason for terminating Dr. Marnocha was that it had too many Neonatologists; that it was eliminating her position; and that it intended to have Neonatologists from its Women's Hospital/86th Street campus work at its Carmel campus.

17. Defendant informed Dr. Marnocha that there was one, open position for a Neonatologist at its Women's Hospital/86th Street campus for which she could apply.

18. Dr. Marnocha applied for the open Neonatologist position at the Women's Hospital/86th Street campus.

19. Defendant did not hire Dr. Marnocha to the position in favor of another applicant who is substantially younger than her.

20. Defendant terminated Dr. Marnocha's employment on March 4, 2018.

21. Dr. Marnocha has suffered, and continues to suffer, harm as a result of Defendant's unlawful actions.

### V.  Cause of Action

### AGE DISCRIMINATION – ADEA

22. Dr. Marnocha hereby incorporates paragraphs 1 - 21 of her Complaint.

23. The acts alleged above constitute unlawful employment practices in violation of the ADEA.

24. Defendant took unlawful, adverse employment actions against Dr. Marnocha based on her age, including when it terminated her employment.

25. Defendant took unlawful, adverse employment actions against Dr. Marnocha based on her age, including when it failed to hire her.

26. Defendant's actions, as alleged above, deprived Dr. Marnocha of equal employment opportunities and otherwise adversely affected the terms and conditions of her employment.

27. Defendant's stated reasons for its adverse actions against Dr. Marnocha serve only as a pretext to conceal its illegal motives.

28. Dr. Marnocha has suffered damages as a result of Defendant's unlawful conduct, including lost wages.

29. Defendant's unlawful actions against Dr. Marnocha were intentional, willful, and done in reckless disregard of her rights as protected by the ADEA.

## VI. Relief Requested

WHEREFORE, Plaintiff, Anne Marnocha, by counsel, respectfully requests that this Court find for her and order that:

1. Defendant reinstate Dr. Marnocha to the same or similar position she formerly held, with the same salary and seniority, or pay front pay and benefits to her in lieu of reinstatement;

2. Defendant place Dr. Marnocha into the same or similar position for which she applied, with the same salary, or pay front pay and benefits to her in lieu of placement;

3. Defendant pay lost wages and benefits to Dr. Marnocha;

      4.      Defendant pay liquidated damages to Dr. Marnocha;

      5.      Defendant pay pre- and post-judgment interest to Dr. Marnocha;

      6.      Defendant pay Dr. Marnocha's attorneys' fees and costs incurred in litigating this action;

      7.      Defendant be permanently enjoined from engaging in any employment policy or practice that violates the ADEA; and

      8.      Defendant pay to Dr. Marnocha any and all other legal and/or equitable damages that this Court determines appropriate and just to grant.

Respectfully submitted,

*s/ Jason P. Cleveland*
Jason P. Cleveland (24126-53)
CLEVELAND LEHNER CASSIDY
8250 Haverstick Road, Suite 235
Indianapolis, IN 46240
Tel: 317-388-5424
Fax: 317-947-1863
Email: jason@clcattorneys.com

## **DEMAND FOR JURY TRIAL**

The Plaintiff, Anne Marnocha, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

*s/ Jason P. Cleveland*
Jason P. Cleveland (24126-53)